# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

139856

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHARLES V. FACKELMAN,
      Defendant-Appellant.

SC: 139856
COA: 284512
Monroe CC: 07-036291-FH

_____/

      On order of the Court, leave to appeal was granted, 486 Mich 907 (2010), and this case was argued as part of the November 2010 session calendar. It now appears to this Court that the case of *Michigan v Bryant*, cert granted 130 S Ct 1685 (2010), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present case. We ORDER that the disposition of this appeal be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011 _____         _____

0112                                         Clerk